IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT SOSA RODRIGUEZ
ADC # 128024                                                                                          PLAINTIFF

V.                                          5:07CV00144 SWW

ERNEST GOLDEN, Jail Administrator,
Arkansas County Detention Center                                                              DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. IT IS THEREFORE ORDERED that Plaintiff's cause of action is dismissed without prejudice.

DATED this 26th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE