**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT SOSA RODRIGUEZ
ADC # 128024                                                                                    PLAINTIFF

V.                                            5:07CV00144 SWW

ERNEST GOLDEN, Jail Administrator,
Arkansas County Detention Center                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 26th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

1